IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| YVONNE LAFORETT GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:09-cv-0573 CW-SA<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On October 27, 2010, Judge Alba issued a Report and Recommendation, recommending that the court affirm the Administrative Law Judge's determination that Plaintiff Yvonne LaForett Gonzales is not eligible for Disability Insurance Benefits or Supplemental Security Income.[1] Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Alba's Report and Recommendation in its entirety. Accordingly, this case is dismissed.

SO ORDERED this 8th day of February, 2011.

BY THE COURT:

Clark Waddoups
United States District Judge

---

[1] Report and Recommendation, 26 (Dkt. No. 16).